

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00338-CV

_____

In re Dirt Road, Inc. d/b/a "Choate USA" and Commercial Water Management, Inc., d/b/a "Choate USA", Relators

Original Proceeding
Trial Court No. 17-8141-367

Before Sudderth, C.J.; Womack and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered: November 1, 2019